# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRENITTA JOHNSON MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-534** |
| **LEIGH ANN BEARD, ET AL.** | **SECTION "E" (3)** |

## ORDER

The Court, having considered the application, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's Application for Appointment of Attorney Pursuant to 42 U.S.C. 2000e-5(f)(1) (Doc. 5) is **DENIED** as outlined in the Report and Recommendation.

New Orleans, Louisiana, this  31st  day of October, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**